## GORDON v. TEXAS.

No. 71.   Argued January 9, 1958.—Decided January 13, 1958.

*B. R. Stewart* argued the cause and filed a brief for appellant.

*C. K. Richards,* Assistant Attorney General of Texas, argued the cause for respondent.   With him on the brief was *Will Wilson,* Attorney General.

PER CURIAM.

The judgment is affirmed.   Twenty-first Amendment to the Constitution of the United States.   *Carter* v. *Virginia,* 321 U. S. 131.